

U.S. Department of Justice

United States Attorney
Eastern District of New York

IJ:DMB
F.#2005R00986

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

December 8, 2005

By Hand Delivery and ECF

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Lino Ignacio Aguilar-Rojas
     Criminal Docket No. 05-491 (ARR)

Dear Judge Ross:

A status conference in the above-referenced case is scheduled for December 22, 2005. By letter dated December 5, 2005, the Court and the government were informed by the warden of the Metropolitan Detention Center Brooklyn ("MDC Brooklyn"), where the defendant is currently detained, that on December 3, 2005 an inmate housed in the same unit as the defendant was diagnosed with chicken pox. In the same letter, the warden of the MDC Brooklyn has also advised that the entire affected unit will be quarantined for a period of at least twenty-one days beginning on December 3, 2005, and that inmates will not be allowed to leave the unit during that time for any reason, including for court appearances.

Accordingly, the government respectfully requests that the status conference currently scheduled for December 22, 2005 be adjourned and rescheduled for December 28, 2005, or the soonest date thereafter convenient for the Court. The government

*[Handwritten annotation: Application granted. The conference is adjourned to 1/24/05 @ 11:00am and time excluded under the Speedy Trial Act due to unavailability of defendant.
So ordered.
12/9/05
cc: counsel
L. Aguilar-Rojas
USMJ]*

additionally requests that the time between December 22, 2005 and the new status conference date be excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(3)(A) and (h)(8)(A).

Very truly yours,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
David Bitkower
Assistant United States Attorney
(718) 254-6309

CC: Harry Batchelder, Esq.